Eastern District of Kentucky
**FILED**
NOV 21 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

INDICTMENT NO. 6:25-cr-092-SCM

V.

**CHRISTOPHER ETHRIDGE and
AMY ETHRIDGE**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 2251(a)

On or about February 26, 2024, in Pulaski County, in the Eastern District of Kentucky,

**CHRISTOPHER ETHRIDGE and
AMY ETHRIDGE**

aided and abetted by one another, did employ and use a minor female to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that had been shipped and transported in interstate and foreign commerce, and the visual depiction was actually transmitted using any means and facility of interstate and foreign commerce, all in violation of 18 U.S.C. § 2251(a).

## COUNT 2
## 18 U.S.C. § 2251(a)

On or about August 23, 2024, in Pulaski County, in the Eastern District of Kentucky,

**CHRISTOPHER ETHRIDGE and
AMY ETHRIDGE**

aided and abetted by one another, did employ and use a minor female to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that had been shipped and transported in interstate and foreign commerce, and the visual depiction was actually transmitted using any means and facility of interstate and foreign commerce, all in violation of 18 U.S.C. § 2251(a).

## COUNT 3
## 18 U.S.C. § 2251(a)

On or about August 26, 2024, in Pulaski County, in the Eastern District of Kentucky,

**CHRISTOPHER ETHRIDGE and
AMY ETHRIDGE**

aided and abetted by one another, did employ and use a minor female to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that had been shipped and transported in interstate and foreign commerce, and the visual depiction was actually transmitted using any means and facility of interstate and foreign commerce, all in violation of 18 U.S.C. § 2251(a).

A TRUE BILL

███████████

FOREPERSON

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

# PENALTIES

**COUNTS 1-3:** Not less than 15 years imprisonment and not more than 30 years imprisonment, not more than a $250,000 fine, and supervised release for not less than 5 years nor more than life.

**PLUS:** Mandatory special assessment of $100 per count.

Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110.

Pursuant to 18 U.S.C. §2259A, per count of no more than:

(1) $17,000.00 if convicted of 18 U.S.C. §2252(a)(4) or §2252A(a)(5);

(2) $35,000.00 if convicted of any other trafficking in child pornography offense as defined by §2259(c)(3), which includes offenses under 18 U.S.C. §§2251(d), 2252(a)(1) through (3), 2252A(a)(1) through (4), 2252A(g) (in cases in which the series of felony violations exclusively involves violations of sections 2251(d), 2252, 2252A(a)(1) through (5), or 2260(b)), or 2260(b);

(3) $50,000.00 if convicted of child pornography production as defined by 18 U.S.C. §2259(c)(1), which includes offenses under 18 U.S.C. §2251(a) through (c), 2251A, 2252A(g) (in cases in which the series of felony violations involves at least 1 of the violations listed in this subsection), 2260(a) or any offense under chapter 109A or chapter 117 that involved the production of child pornography (as such term is defined in section 2256).

**PLUS:** Restitution, if applicable. Mandatory restitution under 18 U.S.C. § 2259 that, for any conviction of an offense described in paragraphs (E)(1) or (2), is not less than $3,000.00 per victim.